USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANNON MASSAROCO,

                    Plaintiff,

        -against-

WEST 63 EMPIRE ASSOCIATES, LLC
*d/b/a* The Empire Hotel,

                    Defendant.

1: 23-cv-8601-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        On January 26, 2024, the parties filed a Proposed Case Management Plan [ECF No. 15-1], which was not in accordance with this Court's required template. As such, IT IS HEREBY ORDERED that the parties are directed to submit a new Case Management Plan, reflecting this Court's Plan template, as required by the Court's Individual Rules of Practice no later than Wednesday, **January 31, 2024 at 12:00 PM**.

**SO ORDERED.**

Date:  **January 29, 2024**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**